IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DIANA PENTECOST,
o/b/o B.R.A., a minor                                                          PLAINTIFF

V.                                     NO. 10-3102

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration         DEFENDANT

**O R D E R**

  The Court notes that Plaintiff's counsel references the complete name of the minor in the style of his Appeal Brief as well as the text of the brief. (Doc. 8). The CM/ECF Policies and Procedures Manual adopted by this Court pursuant to General Order No. 36 states that attorneys should not include sensitive information in any document filed with the Court unless such inclusion is necessary and relevant to the case. See CM/ECF Policies and Procedures Manual for Civil Filings 111(I)(1), at www.arwd.uscourts.gov. This "sensitive information" includes the names of minor children. Therefore, the Clerk is directed to seal Document 8 as it contains a minor's full name. Counsel for the Plaintiff is put on notice that documents filed in CM/ECF shall not contain the above information.

  IT IS SO ORDERED this 14th day of February.

                /s/ *Erin L. Setser*
                HON. ERIN L. SETSER
                UNITED STATES MAGISTRATE JUDGE